# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 06-3190** | **September Term 2009** |
| | 00cr00157-12 |
| | 00cr00157-18 |
| | 00cr00157-19 |
| | 00cr00157-20 |
| | 00cr00157-21 |
| | 02cr00045-01 |
| | **Filed On:** March 2, 2010 |

United States of America,

    Appellee

    v.

Keith B. McGill,

    Appellant

------------------------------
Consolidated with 06-3193, 07-3001, 07-3003,
07-3065, 07-3124

## O R D E R

    Upon consideration of the motions for leave to file late transcript reports filed in Nos. 06-3193 and 07-3001, it is

    **ORDERED** that the motions be granted. The Clerk is directed to file the lodged documents.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                    BY:    /s/
                                MaryAnne Lister
                                Deputy Clerk