# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 06-3190** | **September Term 2010** |
| | 00cr00157-12 |
| | 00cr00157-18 |
| | 00cr00157-19 |
| | 00cr00157-20 |
| | 00cr00157-21 |
| | 02cr00045-01 |
| | **Filed On:** April 4, 2011 |

United States of America,

    Appellee

  v.

Keith B. McGill,

    Appellant

------------------------------
Consolidated with 06-3193, 07-3001, 07-3003,
07-3065, 07-3124

### O R D E R

    It appearing that these consolidated cases present potential problems of duplicative briefing, it is

    **ORDERED**, on the court's own motion, that the parties submit, within 30 days of the date of this order, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. The parties are directed to file detailed justifications for any requests to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

                BY:   /s/
                     Amy Yacisin
                     Deputy Clerk/LD