# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 06-3190** | **September Term 2010** |
| | 00cr00157-12 |
| | 00cr00157-18 |
| | 00cr00157-19 |
| | 00cr00157-20 |
| | 00cr00157-21 |
| | 02cr00045-01 |

**Filed On:** July 21, 2011

United States of America,

    Appellee

  v.

Keith B. McGill,

    Appellant

----------------------------

Consolidated with 06-3193, 07-3001, 07-3003, 07-3065, 07-3124

**BEFORE:** Ginsburg, Rogers, and Brown, Circuit Judges

## O R D E R

Upon consideration of the parties' joint response to the court's order of April 4, 2011 concerning proposed briefing format, it is

**ORDERED** that the following briefing format and schedule apply in these consolidated cases:

| | |
|---|---|
| Joint Brief for Appellants (not to exceed 70,000 words) | March 22, 2012 |
| Brief for Appellee (not to exceed 70,000 words) | November 19, 2012 |
| Joint Reply Brief for Appellants (not to exceed 35,000 words) | March 18, 2013 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 06-3190**　　　　　　　　　　　　　　**September Term 2010**

Deferred Appendix　　　　　　　　　April 16, 2013

Final Briefs　　　　　　　　　　　　May 16, 2013

　　　The parties are advised that the court will look with extreme disfavor upon any motion to extend these briefing deadlines.

　　　Appellants must raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. The parties will be notified by separate order of the oral argument date and composition of the merits panel.

　　　Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case has not yet been scheduled. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**