# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 06-3190 | September Term, 2012 |
| | 00cr00157-12 |
| | 00cr00157-21 |
| | 00cr00157-18 |
| | 02cr00045-01 |
| | 00cr00157-19 |
| | 00cr00157-20 |

**Filed On: March 1, 2013** [1423123]

United States of America,

    Appellee

  v.

Keith B. McGill,

    Appellant

-----------------------------

Consolidated with 06-3193, 07-3001,
07-3003, 07-3065, 07-3124

# O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellee's Brief | April 30, 2013 |
| Appellants' Reply Brief | August 28, 2013 |
| Deferred Appendix | September 27, 2013 |
| Final Briefs | October 28, 2013 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
     Michael C. McGrail
     Deputy Clerk