# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 06-3190                      September Term, 2013

00cr00157-12
00cr00157-21
00cr00157-18
02cr00045-01
00cr00157-19
00cr00157-20

Filed On: November 19, 2013 [1466983]

United States of America,

    Appellee

    v.

Keith B. McGill,

    Appellant

----------------------------

Consolidated with 06-3193, 07-3001, 07-3003, 07-3065, 07-3124

## O R D E R

Upon consideration of appellant's McGill's unopposed motion to extend time to file the joint reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Joint Reply Brief | February 28, 2014 |
| Deferred Appendix | March 31, 2014 |
| Final Briefs | April 30, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Michael C. McGrail
Deputy Clerk