# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 07-3003**                      **September Term, 2013**

00cr00157-12

**Filed On:** December 12, 2013

United States of America,

      Appellee

    v.

Kenneth Simmons,

      Appellant

------------------------------

Consolidated with 06-3190

      **BEFORE:**    Henderson, Brown, and Srinivasan, Circuit Judges

### O R D E R

      Upon consideration of the motion filed in No. 07-3003 for failure to submit a brief, which requests this court treat as conceded arguments raised in appellant Simmons' *pro se* supplemental brief; appellee's unopposed motion for leave to file a supplemental brief and to exceed the word limit; and the lodged supplemental brief, it is

      **ORDERED** that the motion for leave to file the supplemental brief and to exceed the word limit be granted. The Clerk is directed to file the lodged brief. It is

      **FURTHER ORDERED** that the motion for failure to submit a brief be dismissed as moot.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
           Timothy A. Ralls
           Deputy Clerk