UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,

       Appellee                    Nos. 06-3190, 06-3193, 07-3001

v.                               07-3003, 07-3065, 07-3124

                                    Consolidated

KEITH B. McGILL,
DEON OLIVER,
FRANKLIN SEEGERS,                           00cr00157-12
KENNETH SIMMONS,                       00cr00157-18
JAMES ALFRED and                        00cr00157-19
RONALD ALFRED                             00cr00157-20
                                    00cr00157-21
       Appellants                02cr00045-01

-----------------------------------------------

### APPELLANTS' *JOINT* MOTION FOR AUTHORIZATION FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES

**COMES NOW** the Appellants, by and through undersigned counsel, and respectfully requests that this Honorable Court authorize payment for investigative, expert or other services pursuant to the Criminal Justice Act, 18 U.S.C. §2006(A)(e). In support of this request, the Appellants' submit the following:

    1.    Per order of this Court, Appellants' filed their 69,235-word Page-Proof Opening Brief on or about June 28, 2012.

2. Pursuant to further order of this Court, Appellants' filed their 34,522-word page-proof Reply Brief on February 28, 2014, and shall file their final briefs on or before April 30, 2014.

3. In order to prepare those briefs, Appellants retained the services of The Lex Group. Due to the volume of work inherent in preparing page-proof and final briefs exceeding 300 and 150 pages, respectively, The Lex Group's fee for preparation shall exceed $800.00 per appellant. A copy of its invoice for Appellants' page-proof Opening Brief and its estimate for their page-proof Reply Brief are attached hereto as exhibits. Appellants submit that The Lex Group's fee for preparing their final briefs should mirror the attached invoice and estimate.

4. Appellants' submit that The Lex Group's fee is reasonable, in light of the size of the briefs prepared in their case.

5. This Court has the authority to provide authorization for services of the kind provided by The Lex Group to Appellants, where payment for such services will exceed $800 per appellant. Because the orderly production of their briefs, especially given their size, is essential to Appellants' case, it is respectfully submitted authorization to exceed the monetary limits is warranted.

**WHEREFORE**, Appellants respectfully request that this Honorable Court enter an Order authorizing payment to The Lex Group to exceed $800 per Appellant.

Respectfully submitted,

**RETURETA & WASSEM, PLLC**

**By:** ___/s/ *Manuel J. Retureta*_____
Manuel J. Retureta, Esq.
P.O. Box 2787
Arlington, VA   2202
(202) 450-6119  (Office)
mjr@returetawassem.com
Counsel for Appellant Franklin Seegers
(Appointed by this Court)


/s/_*Richard Keith Gilber*_____
Richard Keith Gilbert, Esq.
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, DC  20004
(202) 898-0857
rkgesq@juno.com
*Counsel for Keith McGill*
(Appointed by the Court)

3

/s/ *Kristen Grim Hughes*
Kristen Grim Hughes, Esq.
1390 Chain Bridge Road
Suite 530
McLean, VA  22101
(703) 798-4444
kghughes@hotmail.com
*Counsel for Keith McGill*
(Appointed by the Court)


/s/ *David B. Smith*
David B. Smith, Esq.
Smith & Zimmerman, PLLC
108 North Alfred Street
Alexandria, VA  22314
(703) 548-8911
dsmith@smithzimmerman.com
*Counsel for Deon Oliver*
(Appointed by the Court)


/s/ *Dennis M. Hart*
Dennis M. Hart, Esq.
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, DC  20004
(202) 347-1820
d.m.hart@att.net
*Counsel for Kenneth Simmons*
(Appointed by the Court)

    _/s/ *Mary E. Davis*_____
Mary E. Davis, Esq.
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC  20036
(202) 234-7300
DavisLawDC.com
*Counsel for James W. Alfred*
(Appointed by the Court)


    _/s/ *Gregory S. Smith*_____
Gregory S. Smith, Esq.
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
gregsmithlaw@verizon.net
*Counsel for Ronald C. Alfred*
(Appointed by the Court)


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served upon counsel for all parties via the Court's ECF system on this 7th day of March 2014.

    _____/s/ *Manuel J. Retureta*_____
Manuel J. Retureta, Esq.