# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 06-3190**　　　　　　　　　　　　　　　　**September Term, 2013**

**00cr00157-12**
**00cr00157-18**
**00cr00157-19**
**00cr00157-20**
**00cr00157-21**
**02cr00045-01**

**Filed On:** April 4, 2014

United States of America,

　　　Appellee

　v.

Keith B. McGill,

　　　Appellant

------------------------------

Consolidated with 06-3193, 07-3001, 07-3003, 07-3065, 07-3124

　　　　　**BEFORE:**　　Kavanaugh, Circuit Judge

### O R D E R

　　Upon consideration of the joint motion for authorization of services, it is

　　**ORDERED** that the motion be granted.  Payment in an amount not to exceed $5,377.00 is hereby authorized for The Lex Group to duplicate the page-proof and final versions of the joint opening brief and joint reply brief.

### Per Curiam